**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CHRISTINA MUNN

Plaintiff,

v.

UNITED AIRLINES INC.,

Defendant.

Civil Action No. 2:24-cv-08015-MCA-LDW

Hon. Madeline Cox Arleo, U.S.D.J.

**RE: PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S REQUEST FOR ADJOURNMENT (ECF NO. 61)**

Dear Judge Arleo:

I respectfully submit this correspondence in response to Defendant United Airlines, Inc.'s November 24, 2026 letter requesting an adjournment of its Motion for Summary Judgment.

As a pro se litigant, I have made diligent and continuous efforts to submit my opposition materials through the Court's Automated Document Submission (ADS) system and to communicate with both the Court and Defendant's counsel regarding the status of those submissions.

On November 23, 2026, I submitted my Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, my Response to Defendant's Statement of Undisputed Material Facts, my Supplemental Statement of Disputed Material Facts, my Certification, and Plaintiff's Exhibits A through K. I received email confirmation acknowledging receipt of the submitted materials.

During the submission process, I encountered the ADS system's daily submission limitation, which prevented me from completing the submission of my remaining exhibits. I

promptly contacted the Clerk's Office and was advised to submit the remaining documents the following day, accompanied by a cover letter explaining the submission limitation.

On November 23, 2026, at approximately 4:27 p.m., I also notified Defendant's counsel of the circumstances, explained the submission limitation, and communicated my intention to provide both electronic and physical copies of my opposition materials. Defendant has included this correspondence as an exhibit to its adjournment request.

On November 24, 2026, I continued my efforts to complete the submission process. At approximately 9:39 a.m., I received an automated confirmation from the Court's ADS system identifying the following five document submissions:

Cover Letter and Exhibits L–M;
Exhibits N–Q;
Exhibits R–U;
Exhibit V; and
Exhibits W–Z and Certificate of Service.

Despite receiving this confirmation, I was informed during my communication with the Court that the documents could not be located. At the direction of Peter, with whom I spoke regarding this matter, I forwarded the automated submission confirmation to the Court's Help Desk at approximately 10:01 a.m.

A true and accurate copy of my November 24, 2026 email to the Court's Help Desk, together with the forwarded ADS submission confirmation, is attached hereto as Exhibit A to this correspondence.

I have continued communicating with the Clerk's Office and Help Desk regarding these technical difficulties and have been advised to attempt the remaining submissions toward the end of the day.

With respect to providing Defendant's counsel with electronic copies, counsel provided a ShareFile link that required me to create a password. This requirement differs from the document-sharing process I previously encountered when exchanging documents with Defendant's counsel. As a pro se litigant, I was uncomfortable registering for an additional third-party platform requiring password creation.

My preference not to utilize that platform should not be interpreted as an unwillingness to provide Defendant with my opposition materials. I have instead undertaken to transmit the documents directly to Defendant's counsel through separately numbered emails to accommodate

attachment size limitations. I have also been preparing a complete physical copy of my opposition materials for mailing to Defendant's counsel.

Throughout this process, I have acted in good faith, maintained communication regarding the submission difficulties, and taken affirmative steps to complete the filing and delivery of my opposition materials. The difficulties encountered through the ADS system were not an attempt to delay these proceedings or withhold documents from Defendant.

Accordingly, I respectfully oppose Defendant's request for an adjournment and request that the Court:

Accept Plaintiff's remaining opposition materials as a continuation of the submissions initiated on November 23, 2026;
Consider Plaintiff's documented efforts to comply with the submission process and the technical limitations encountered; and
Maintain the currently scheduled December 7, 2026 motion date, if practicable.

I respectfully defer to the Court's discretion regarding its scheduling and any additional time the Court determines is necessary.

Thank you for your time and consideration.

Respectfully submitted,

Christina Munn
Plaintiff, Pro Se

Dated: November 24, 2026

Attachment: Exhibit A – November 24, 2026 Correspondence with the Court's Help Desk and ADS Submission Confirmation

# EXHIBIT A

TO PLAINTIFF'S NOVEMBER 24, 2026 LETTER

Gmail Christina Munn <christina.j.munn@gmail.com>

## ADS Webform Submission: Your filing was submitted and will be processed.

**Christina Munn** <christina.j.munn@gmail.com> Tue, Nov 24, 2026 at 10:01 AM
To: ecfhelp@njd.uscourts.gov

Good Morning,

I spoke to Peter and he told me to send this email confirmation over as they do not see these documents received. Thank you for your time and enjoy your day as well as holidays if you celebrate them.

With Gratitude
Christina J

---------- Forwarded message ---------
From: **U.S. District Court for the District of New Jersey** <DO_NOT_REPLY@njd.uscourts.gov>
Date: Tue, Nov 24, 2026 at 9:39 AM
Subject: ADS Webform Submission: Your filing was submitted and will be processed.
To: <christina.j.munn@gmail.com>

Submitted on Tuesday, November 24, 2026 - 09:39

Submitted values are:

Name: Christina Munn
Phone Number: 8623729832
Email Address: christina.j.munn@gmail.com
Email Address Confirm: christina.j.munn@gmail.com
Select the vicinage in which your submission should be filed: Newark
Case Number: 2:24:cv-08015 (MCA)(LDW)
Case Caption: Christina Munn v. United Airlines, Inc.
Document 1 Description: Cover Letter and Exhibits L-M
==More Documents==
Document 2 Description: Exhibits N-Q
Document 3 Description: Exhibits R-U
Document 4 Description: Exhibit V
Document 5 Description: Exhibits W-Z and Certificate of Ser